UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 SEP -8 PM 4:36
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) ) ) ) ) ) | CRIMINAL NO.<br><br>**INFORMATION**<br><br>USAO # 2008R19707 |
| v. | ) ) ) ) | [Violation: 18 U.S.C. § 1344(2)–<br>Bank Fraud] |
| MARY HENKE GEIGER,<br>Defendant | ) ) | A:09-CR-417-JN |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Bank Fraud
[18 U.S.C. § 1344(2)]

From in or about January of 1998 and continuing until in or about July of 2006, in the Western District of Texas, the Defendant,

**MARY HENKE GEIGER,**

while employed as the bookkeeper and office manager of Austin Apartment Washer Service, a business entity located in Austin, Texas, did knowingly execute a scheme or artifice to obtain money, funds, credits, assets, or other property owned by or under the custody or control of a financial institution, namely Wells Fargo Bank and later Frost National Bank by means of false and fraudulent pretenses, representations or promises.

In violation of Title 18, United States Code Section 1344(2).

JOHN E. MURPHY
Acting United States Attorney

By: _____
MARK LANE
Assistant United States Attorney

Sealed _____

Unsealed  X  _____          Personal Data Sheet          USAO# **2008R19707**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___YES  ___NO          ~~RELATED~~ CASE NO. **A:09-CR-147-**

County: **Travis**          **AUSTIN** Division          Judge: **Nowlin**

Date: **08 SEPT 09**   Mag Ct.# _____   SSN: **REDACTED**   FBI#: _____

Case No.: _____          Assistant U. S. Attorney: **Mark Lane**

Defendant: **Mary Henke Geiger**          Date of Birth: **REDACTED**

Defendant aka: _____

Address: **REDACTED**

Citizenship:   United States **X**    Mexican _____    Other _____

Interpreter Needed:   Yes _____   No _____   Language _____

Defense Attorney: **Christopher M. Gunter**          Employed _____

Address of Attorney:                                              Appointed _____
**600 West Ninth Street, Austin, Texas 78701**

Defendant is:   In Jail _____   Where: _____

              On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____                       Bench Warrant Needed _____

Prosecution By:                Information **X**          Indictment _____

Offense (Code & Description):   **Count 1: 18 U.S.C. 1344(2) - Bank Fraud**

Offense Is:          Felony **X**   Misdemeanor _____

Maximum Sentence: **Count 1: Not more than 30yrs imprisonment, not more than $1M fine, 5yrs S/A**

Penalty is Mandatory:   Yes **X**  as to SA [ & minimum term of imprisonment ]     No _____

Remarks: **Case Agent:  FBI  Matt Gravelle**